GOLDSMITH & HULL, A P.C./ FILE #CDCS961
William I. Goldsmith SBN 82183
Michael L. Goldsmith, SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax: (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **No.** 8:13-13CV-01667 |
|---|---|
| Plaintiff, | |
| v. | ***EX PARTE* APPLICATION FOR ORDER SEALING APPLICATION FOR WRIT OF GARNISHMENT;** |
| MALCOLM A. KING ADDY AKA KING ADDY | |
| Defendant. | **MEMORANDUM OF POINTS AND AUTHORITIES.** |

***EX PARTE* APPLICATION**

Plaintiff United States of America hereby applies for an order permitting the filing under seal of the original application for issuance of a writ of garnishment in this action.

Sealing of the Writ of Garnishment is required under Local Rule 79-5, because the application contains personal identification information of the defendant.

Dated: April 4, 2017     Respectfully submitted,

                                        MICHAEL L. GOLDSMITH,
                                        Goldsmith & Hull, A P.C.

                                        _____/S/_____
                                        MICHAEL L. GOLDSMITH,
                                        Attorney for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

Sealing of the Writ of Garnishment is required under Local Rule 79-5, because the application contains personal identification information of the defendant.

Dated: April 4, 2017          Respectfully submitted,

MICHAEL L. GOLDSMITH,
Goldsmith & Hull, A P.C.


_____/S/_____
MICHAEL L. GOLDSMITH,
Attorney FOR Plaintiff