GOLDSMITH & HULL. A P.C./114950
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANTONIO GALVAN AKA ANTONIO G. GALVAN<br><br>        Defendant(s) | No. 2:00-cv-06705-DSF-FFM<br><br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[BRISTOL INDUSTRIES]** |

    The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to BRISTOL INDUSTRIES, with regard to defendant judgment-debtor ANTONIO GALVAN AKA ANTONIO G. GALVAN, finds that the issuance of the Writ is proper under the circumstances of this case,

    //

1  HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing
2  Garnishment with respect to BRISTOL INDUSTRIES in the form submitted by the
3  Plaintiff United States of America.
4
5  DATED: 9/21/17
6
7  _____
8  UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28