| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Address, and Phone): | |
|---|---|
| Antonio G. Galvan<br>7512 Knott Ave<br>Buena Park CA 90620<br>562) 266-4496 | FILED<br><br>2017 NOV 15  PM 3:33<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: ___ |
| ATTORNEY FOR (Name): | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Goldsmith & Hull, APC. PLAINTIFF(S) | CASE NUMBER<br>2:00-CV-06705-DSF-FFM |
|---|---|
| v. | |
| Antonio G. Galvan  DEFENDANT(S). | CLAIM OF EXEMPTION AND<br>FINANCIAL DECLARATION<br>(Wage Garnishment - F.R.C.P. RULE 64) |

READ THE EMPLOYEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

Copy the information required above from the Earnings Withholding Order. The top left space is for your or your attorney's name and address.

1. I need the following earnings to support myself or my family (check a. or b.):

   a. ☒ All earnings.   b. ☐ $_____ each pay period.

2. Please send all paper to: ☒ me   ☐ my attorney
   at the address:  ☐ shown above  ☐ following (specify):

3. I am willing for the following amount to be withheld from my earnings during the withholding period. I understand that the judgment creditor can accept this offer by not opposing the Claim of Exemption, which will result in the following sum being withheld each pay period:

   a. ☐ None.   b. ☒ Withhold $ 50.00 each pay period.

4. My pay period is:

   a. ☐ daily    ☒ weekly     ☐ every two weeks
      ☐ twice a month  ☐ monthly   ☐ other (specify):

   b. My gross pay is $ 930.60 per pay period.

   c. My take-home pay is $ 679.00 per pay period.

   d. List payroll deductions (item and amount):

   FEDERAL TAXES  $60.98        ACCIDENTAL INS   10.06
   SOCIAL SECURITY TAX 52.58    DENTAL            3.67
   MEDICARE TAX   12.29         KAISER           84.52
   CAL STATE       7.07         MEDICAL STANDARD 18.51
   CAL SDI          .763        VISION            3.27

5. The following person(s) depend(s), in whole or in part, on me for support.

| Name<br>If minor(s), use only initials | Age | Relationship | Monthly Income and Its Source |
|---|---|---|---|
| Cathy Galvan | 52 | Wife | 1,000 Child care |
| Celena Galvan | 26 | Daughter | $2,000 week |
| LR | 4 yrs | G. Daughter | Ø |
| TR | 1 yr. | G. Son | Ø |

CV-88G (07/05) | CLAIM OF EXEMPTION AND FINANCIAL DECLARATION<br>(Wage Garnishment - F.R.C.P. RULE 64) | Page 1 of 2

6. The earnings of others listed in item 5 are now subject to wage assignments and Earnings Withholding Orders as follows:

7. My monthly expense are as follows:
   a. Rent or house payment and maintenance $ 2,000.00
   b. Food and household supplies $ 1,000.00
   c. Utilities and telephone $ 600.00
   d. Clothing $ ∅
   e. Laundry and cleaning $ 50.00
   f. Medical and dental payments $ ∅
   g. Insurance (life, health, accident, etc.) $ 115.00
   h. School, childcare $ ∅
   i. Child, spousal support (prior marriage) $ ∅
   j. Entertainment and incidentals $
   k. Transportation and auto expenses (insurance, gas, repair) $ 340.00
   l. Installment payments (insert total and list below in item 8) $ 615.00
   m. Other (specify): $
   Total Monthly Expenses (add a through m) $

8. List payments on installment and other debts.  ☐ Continued on Attachment 8.

   | Creditor's Name | For | Monthly Payment | Balance |
   |---|---|---|---|
   | Springleaf | Auto Loan | $ 275.00 | $ 6,000.00 |
   | Target | Credit Card | $ 100.00 | $ 3,300.00 |
   | Merrick | Credit Card | $ 48.00 | $ 1,400.00 |

9. What do you own? (State value.)
   a. Cash $ ∅
   b. Checking, savings, credit union, etc. (list institutions):
      1. $ ∅
      2. $ ∅
   c. Cars, other vehicles, and boat equity (list make, year):
      1. Cadillac El Dorado 1997 $ 2,000
      2. Ford Expedition 2001 $
      3. $
      3. $ ∅
      4. $ ∅
   d. Real estate equity (addresses):
      1. $ ∅
      2. $ ∅
      3. $ ∅
   e. Other personal property: jewelry, furniture, furs stocks, bond, etc. (list separately):
      1. $ ∅
      2. $ ∅
      Total for item e: $ ∅

10. An Order Assigning Salary and Wages (for support) is now in effect as to my earnings. The amount payable under that order is: $ 800.00 monthly.

11. Other facts that support this Claim of Exemption are (describe unusual medical needs, school tuition, expenses for recent family emergencies, or other unusual expenses to help the judge understand your budget): Currently on Disability for next 2 weeks may extend, family Hardship

12. I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 11-15-17 at (place) Los Angeles, California.

   Antonio G. Galvan
   (Type or print name)                            (Signature of judgement debtor)

   **Deliver the original and one copy of this form to the levying officer at the address shown on the Earnings Withholding Order. If you are signing this in California, it does not have to be notarized.**

Attachment 8:

| CREDITORS NAME | FOR | Monthly Payment | BALANCE |
|---|---|---|---|
| CURACAO | CREDIT | $126.00 | $635.00 |
| CREDIT ONE (MASTERCARD) | CREDIT CARD | 47.00 | 900.00 |
| LOWES | CREDIT | 25.00 | 790.00 |
| SEARS | CREDIT | 95.00 | 2836.00 |
| SEARS MASTERCARD | CREDIT | 97.00 | 2900.00 |
| CHASE VISA | CREDIT | 100.00 | 3200.00 |
| CREDIT ONE VISA | CREDIT | 71.00 | 1450.00 |
| JC PENNYS | CREDIT | 27.00 | 88.00 |
| CHEVERON | CREDIT | 27.00 | 513.00 |

(DAUGHTERS EXPENSES)

| | | | |
|---|---|---|---|
| WELLS FARGO AUTO | AUTO LOAN | 250.00 | 7,000.00 |
| AUTO INS. | | 100.00 | |
| LENDMARK | Dept Consolidation | 230.00 | 6,000.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-15-17    Sign: _____

Print Name: Antonio G. Galvan